[No. 30201-9-I.   Division One.   August 30, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMON TRAGO RAMOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-06243-5, LeRoy McCullough, J., entered December 31, 1991. *Reversed* by unpublished opinion per Baker, J., concurred in by Webster, C.J., and Coleman, J.

[No. 27902-5-I.   Division One.   August 30, 1993.]

WELDCRAFT STEEL & MARINE, INC., *Appellant*, v. RALPH BURNETT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, Nos. 89-2-00409-3, 91-9-00051-6, David A. Nichols, J., entered January 7, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Grosse and Agid, JJ.

[No. 30226-4-I.   Division One.   August 30, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL E. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04701-1, Jerome M. Johnson, J., entered January 3, 1992. *Reversed* by unpublished opinion per Baker, J., concurred in by Webster, C.J., and Coleman, J.

[No. 30865-3-I.   Division One.   August 30, 1993.]

LIN BERGSTROM, ET AL, *Respondents*, v. FRANK D. ASPRIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-17220-1, Sally Pasette, J., entered May 11, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Baker, JJ.